argument when reached; otherwise, motion granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. James Kelsey, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Timothy Leonard, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Harry Levine, Appellant.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Harry Olsen, Appellant.— Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Christian Schober, Appellant.  (No. 1.)— Motion granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Christian Schober, Appellant.  (No. 2.) — Motion granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. David Werblinsky, Appellant.— Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. Emma V. Gerwitz, Relator, v. The Warden, Deputy Warden and Keeper of Kings County Jail, and the Sheriff, etc., Respondents.— Motion denied, on condition that the appellant perfect her appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. John Haley, Respondent, v. The Board of Trustees of the Village of White Plains, Appellant.— Motion to dismiss appeal granted on default, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Elizabeth B. Riley, Respondent, v. Eleanor M. Ransom and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

George D. Squires, Appellant, v. Anna Von Der Lieth, Respondent.— Motion denied, without costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Joseph A. Tarter, Respondent, v. William J. Morgan and Michael E. Sullivan, etc., Appellants.— Motion denied, on condition that the appellants pay ten dollars costs, perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion